ARENT FOX LLP
Antoinette Waller (SBN 152895)
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213) 629-7400
Facsimile: (213) 629-7401
E-mail: waller.antoinette@arentfox.com

Anthony V. Lupo (*pro hac vice* pending)
Randall A. Brater (SBN 211140)
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
E-mail: lupo.anthony@arentfox.com
E-mail: brater.randall@arentfox.com

Attorneys for Plaintiff
THE HEBREW UNIVERSITY OF
JERUSALEM

FILED

10 MAY 19 PM 3: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV10-3790 AHM (JCx)

THE HEBREW UNIVERSITY OF
JERUSALEM,

　　　　　　　Plaintiff,

　　v.

GENERAL MOTORS COMPANY,

　　　　　　　Defendant.

Case No.

**THE HEBREW UNIVERSITY OF
JERUSALEM'S  COMPLAINT**

**DEMAND FOR JURY TRIAL**

　　　Plaintiff , The Hebrew University of Jerusalem ("HUJ"), by and through

counsel, hereby complains against defendant General Motors Company ("GMC")

as follows:

## THE PARTIES

　　　1.　　HUJ is a not-for-profit corporation organized and existing under the

laws of Israel, with an address at Givat Ram, P.O. Box 34165, Jerusalem 91341,

Israel.

2.    Upon information and belief, GMC is a corporation organized and existing under the laws of Delaware with its principal place of business in Detroit, Michigan.

## JURISDICTION AND VENUE

3.    This Court has federal question jurisdiction pursuant to the Lanham Act, 15 U.S.C. § 1125(a).  Jurisdiction is proper in this Court pursuant to 15 U.S.C. § 1121(a) and, accordingly, 28 U.S.C. 1331.

4.    In addition, and independently, there is complete diversity of citizenship between the parties, and the amount in controversy in this action exceeds $75,000, exclusive of interest and costs. Jurisdiction is therefore proper in this Court pursuant to 28 U.S.C. § 1332.

5.    Additionally, this Court has original and pendent jurisdiction pursuant to 28 U.S.C. 1338(b) and 1367 over the related state law claims.

6.    Venue is proper in this District under 28 U.S.C. §§ 1391 because a substantial part of the events giving rise to the claims asserted herein arose in this District and the defendant resides in this District within the meaning of 28 U.S.C. § 1391(c).

## BACKGROUND FACTS

**A.    Dr. Albert Einstein: Scientist and Celebrity**

7.    Dr. Albert Einstein was a German-born theoretical physicist who is best known for his scientific theories including, but not limited to, his theory of relativity and unified field theory.  Dr. Einstein was the author of over fifty scientific papers as well as number of non-scientific books; he was also the 1921 winner of the Nobel Prize in Physics.  Dr. Einstein has long been recognizable throughout the world, and his name has become synonymous with genius.

8.    In addition to his contributions to science, Dr. Einstein was an acclaimed political activist and humanitarian.

9.    As a result of his success in his various scientific and non-scientific

endeavors, Dr. Einstein became respected, well-known, and famous. Even in death, Dr. Einstein remains an influential figure and international celebrity. In 1999, Time Magazine named Albert Einstein the Person of the Century.

**B.    HUJ's Einstein Rights**

10.    Upon his death, Dr. Einstein transferred to HUJ through his last will and testament all property rights, title, and interest (the "Einstein Rights"), in his name and likeness and intellectual property rights, including but not limited to Dr. Einstein's post-mortem publicity rights.

11.    Accordingly, HUJ is the owner of all right, title, and interest in, to, and of the late, famous scientist and genius, Albert Einstein. Dr. Einstein is also known, and commonly referred to as EINSTEIN.

12.    HUJ owns numerous trademark registrations featuring "Albert Einstein," "Einstein," and variations thereof (the "Einstein Marks"), including:

- U.S. Registration No. 3,591,305 for the mark ALBERT EINSTEIN for use in connection with, *inter alia*, paper and cardboard cut-out figures for use as wall decorations, life-size standup cardboard cutouts, pen and pencil holders, three dimensional models for educational purposes, apparel, clocks, watches, pens, games, toys, luggage, umbrellas, bags, key chains, sculptures, figurines, cups, mugs, dinnerware, address books, printed materials;

- U.S. Registration No. 1,479,104 for EINSTEIN in connection with "providing access to an online computer database for use by high school students and teachers" in International Class 42. This mark became incontestable on November 22, 1993.

HUJ's exclusive right to use its marks is evidenced by these registrations. The registrations are valid, subsisting, and provide prima facie evidence of HUJ's exclusive right to use the marks in commerce.

13.    In addition, HUJ has filed applications for a number of other Einstein

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

THE HEBREW UNIVERSITY OF JERUSALEM'S
COMPLAINT; DEMAND FOR JURY TRIAL

Marks in connection with a variety of goods and services, which are currently pending in the United States Patent and Trademark Office.

14.    HUJ extensively and regularly licenses the Einstein Rights for use in advertising and on products. In connection with its licensing program, Plaintiff has appointed GreenLight Productions, LLC ("GreenLight") as its exclusive licensing agent. Pursuant to this appointment, GreenLight is currently the sole and exclusive licensing agent of the Einstein Rights, and GreenLight supervises the licensing of all such rights on behalf of Plaintiff. GreenLight represents the personality and trademark rights of many deceased celebrities and icons other than Albert Einstein, including Steve McQueen, Andy Warhol, Johnny Cash, Maria Callas, and the Wright brothers.

15.    As a result of the fame and celebrity of Dr. Einstein, there is a substantial licensing program for use of the Einstein Rights in connection with the promotion and sale of a variety of products and services. HUJ has extensively licensed the Einstein Rights, service marks, and trademarks to numerous well-known companies around the world, including Apple Computer, Bell Atlantic, Citibank, Columbia Pictures, Daimler-Chrysler, Dell Computers, Deloitte LLP, Disney, Dow Jones & Company, Eastman Kodak, Einstein Noah Bagel Corporation, Epson, France Telecom, Hyundai Motor Company, IBM, Intel Corporation, Johnson & Johnson, Kraft Foods, LegoLand, Mars, Microsoft, NASA, National Geographic, Nikon, Panasonic, Pfizer Pharmaceuticals, Saab, Sony Corporation, Unilever, Universal Studios, Warner Bros., Xerox, and many others.

16.    Through GreenLight, HUJ has closely supervised and controlled all licensing of the Einstein Rights. As a result of the breadth of licensing across various classes of goods and services, HUJ enjoys significant financial benefit from the licensing of the Einstein Rights. In fact, in 2008, Forbes Magazine ranked Albert Einstein as the fourth highest earning deceased celebrity, earning $18 million annually. The enduring value of Albert Einstein's image and name is

largely attributable to careful management and control of the Einstein Rights.

17.    Continuously and without interruption since his death, HUJ and its legal predecessors (individually or through their representatives) have expended a great deal of time, effort, and talent in controlling the works, goods, and services associated with the Einstein Rights.  The relevant consuming public has come to recognize works, products, and services bearing Albert Einstein's image, likeness, photograph, name, signature, and/or related trademarks as referring to Albert Einstein, and/or as otherwise being approved by, endorsed by, sponsored by, or affiliated with Albert Einstein and/or HUJ.

**C.    GMC's Infringing Activity**

18.    Upon information and belief, GMC manufactures, distributes, sells, and services passenger cars and trucks throughout the world.  GMC's products are available to consumers under a number of brand names, including the "GMC" Brand.

19.    Upon information and belief, in the fall of 2009, GMC through its GMC Brand introduced a new automobile in the crossover sport utility vehicle category called the "Terrain."

20.    Upon information and belief, GMC, by itself or though its agents, created an advertising campaign for its "Terrain" vehicle that prominently features the image and likeness of Albert Einstein in a four-page advertisement that has appeared in at least one magazine with significant national circulation.

21.    On the first page of the four-page advertisement, Dr. Einstein's face is superimposed on the body of a shirtless, muscle-bound underwear model bearing an "$E=MC^2$" tattoo in a stylized font on his left shoulder.  The image of Dr. Einstein on the first page nearly fills the page of the advertisement.  The second page includes the following text in bold, all capital text: "IDEAS ARE SEXY TOO." After turning the page, the third page of the advertisement features additional bold, capitalized text stating "THAT'S WHY WE GAVE IT MORE IDEAS PER

SQUARE INCH." At the bottom of the third page is smaller text reading "If you're looking for sexy thinking, you'll find it in our newest, smallest SUV. It's packed with really big ideas ...." A photograph-like rendering of a "Terrain" vehicle appears on the fourth page of the ad, with a portion of the vehicle bleeding onto the third page. A copy of GMC's print advertisement for its "Terrain" vehicle featuring Albert Einstein is attached hereto as Exhibit A.

22. GMC's advertisement was premised entirely upon Albert Einstein's image and likeness and plainly sought to capitalize on the value of the same. Professor Einstein's instantly recognizable face is prominently displayed on the first page of the advertisement and is the first image a consumer sees when viewing the advertisement.

23. The text of the advertisement further connects Dr. Einstein's image and likeness with GMC's product and highlights that Dr. Einstein's presence in the advertisement represents, supports, and endorses GMC's "ideas" and "thinking." To leave no doubt as to Dr. Einstein's identity, the underwear model whose body is pictured in the advertisement has an "$E=MC^2$" tattoo, which is a direct reference to Dr. Einstein's theory of relativity.

24. In addition to falsely connecting Dr. Einstein to GMC's product, the advertisement denigrates the image of Dr. Einstein. Dr. Einstein's face is superimposed on the body of a shirtless underwear model whose brief-style underwear are on display in the advertisement. The tattooed, shirtless image of Dr. Einstein with his underpants on display is not consummate with and causes injury to HUJ's carefully guarded rights in the image and likeness of the famous scientist, political activist, and humanitarian.

25. Upon information and belief, GMC's "Terrain" advertisement featuring Albert Einstein was published, at a minimum, in the November 30, 2009 issue of People Magazine, which HUJ understands to be a popular weekly magazine containing celebrity news and human interest stories with significant

nationwide circulation and readership, including circulation within this District.

26. Upon information and belief, GMC has used, is using, and intends to continue using now and in the future the image of Albert Einstein in a manner in such a way as will likely deceive the public into believing that GMC's products are affiliated with or approved by Dr. Einstein and/or HUJ.

27. Upon information and belief, GMC has attempted and continues to attempt to associate its marks and products with Albert Einstein and to trade off the goodwill and publicity rights of Albert Einstein.

28. Upon information and belief, GMC markets and sells its "Terrain" product using the same channels of trade and to the same or a similar class of consumers as HUJ and/or HUJ's licensees.

29. Upon information and belief, GMC is not now, nor was it ever, licensed or otherwise authorized by HUJ or its authorized licensing agent to use the Einstein Rights, in any form, in connection with the promoting, marketing, advertising, distributing, displaying, offering for sale, or selling of any products or services. Nonetheless, GMC has adopted and is marketing and selling its "Terrain" product with full knowledge of HUJ's Albert Einstein publicity rights and without ever seeking or obtaining HUJ's consent or authorization for such use.

## FIRST CAUSE OF ACTION

## FEDERAL UNFAIR COMPETITION AND FALSE ENDORSEMENT

### (15 U.S.C. §1125(a))

30. HUJ repeats and realleges each and every allegation contained in paragraphs 1-29 as if fully set forth herein.

31. By creating and distributing throughout the United States its GMC "Terrain" advertisement featuring Albert Einstein, GMC intentionally and willfully created the false impression that Albert Einstein and/or HUJ was associated in some manner with GMC and GMC's "Terrain" vehicle, and that HUJ had agreed to such use of Albert Einstein's image and likeness.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 7 -

THE HEBREW UNIVERSITY OF JERUSALEM'S
COMPLAINT; DEMAND FOR JURY TRIAL

32.    The impression created by GMC was entirely false.  HUJ never authorized GMC's use of Albert Einstein's image and likeness in connection with GMC or its GMC "Terrain" vehicle.

33.    Thus, GMC has used the likeness of Albert Einstein in connection with the promotion and sale of goods in commerce and such use has misled, deceived, and confused, and will continue to mislead, deceive, and confuse, the public into believing that GMC and its commercial activities are in some way endorsed, sanctioned by, or otherwise affiliated with Albert Einstein and/or HUJ, in violation of Lanham Act § 43(a), 15 U.S.C. § 1125.

34.    GMC's actions have been purposely directed at undercutting and decreasing HUJ's legitimate business interests with respect to Albert Einstein and/or the Einstein Rights and constitute unfair competition in violation of Lanham Act § 43(a), 15 U.S.C. § 1125(a).

35.    By reason of HUJ's violation of 15 U.S.C. § 1125, GMC has been unjustly enriched by its misappropriation of HUJ's exclusive rights.

36.    GMC did not engage in the misconduct alleged herein out of any sincere or proper motive, but did so knowingly and willfully, with the intention of appropriating for itself the valuable rights of HUJ without compensating HUJ. GMC's misconduct was also fraudulent in that GMC deliberately engaged in a scheme and course of conduct to confuse the public as to Albert Einstein's and/or HUJ's approval, endorsement, or sponsorship of GMC and the GMC Brand "Terrain."

37.    As a direct and proximate result of GMC's misconduct, HUJ has sustained and will sustain substantial injury, loss, and damage.  Pursuant to 15 U.S.C. § 1117, HUJ is entitled to recover its actual damages and GMC's profits in an amount to be proven at trial, together with HUJ's attorney's fees and costs.

38.    Further, HUJ is entitled to a permanent injunction to prevent future violations of 15 U.S.C. § 1125.

## SECOND CAUSE OF ACTION

## STATE UNFAIR COMPETITION LAW

39.    HUJ repeats and realleges each and every allegation contained in paragraphs 1-29 and 31-38 as if fully set forth herein.

40.    The wrongful acts of GMC as alleged above, including but not limited to GMC's unauthorized use of Albert Einstein's image and likeness for the purpose of promoting and advertising GMC and GMC's "Terrain" vehicle, constitute unfair competition in violation of California Business and Professions Code §§ 17200 *et seq.* in the following respects:

a.    GMC's misleading and deceptive use of Albert Einstein's image and likeness constitutes unfair business acts or practices within the meaning of Cal. Bus. & Prof. Code § 17200;

b.    GMC's misleading and deceptive use of Albert Einstein's image and likeness is likely to mislead the general public and, consequently, constitute fraudulent business acts or practices within the meaning of Cal. Bus. & Prof. Code § 17200; and

41.    By reason of GMC's misconduct, GMC has been unjustly enriched at the expense of HUJ in a substantial sum, and HUJ is entitled to the restitution of said sum, which is as yet unknown to HUJ.  In addition, HUJ is entitled to disgorgement of GMC's ill-gotten gains in order to prevent further acts of unfair competition.

42.    GMC did not engage in said misconduct out of a sincere or proper motive, but did so knowingly and willfully, with the intent of taking HUJ's valuable rights without compensation.  Said misconduct was also fraudulent in that the public was falsely led to believe that HUJ consented to such commercial use of Albert Einstein's image and likeness and that HUJ and/or Albert Einstein was associated with GMC's products, stores, and website.

43.    Because GMC's unlawful business practices violate California Code

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 9 -

of Civil Procedure § 3344.1, HUJ is also entitled to recover its attorneys' fees and costs as provided for by California Code of Civil Procedure § 3344.1.

44.     The aforesaid acts of GMC have caused and, unless restrained by the Court, will continue to cause great and irreparable injury to HUJ.  Moreover, there is the likelihood that the consuming public is and will be deceived by GMC's false and misleading activities.  HUJ's remedy at law is not adequate to compensate for the injuries threatened.

45.     By reason of the foregoing, HUJ is entitled to injunctive relief pursuant to Cal. Bus. & Prof. Code §§ 17200 *et seq.*

## THIRD CAUSE OF ACTION

### RIGHT OF PUBLICITY OF DECEASED PERSONALITY

### (CALIFORNIA CIVIL CODE § 3344.1)

46.     HUJ repeats and realleges each and every allegation contained in paragraphs 1-29, 31-38, and 40-45 as if fully set forth herein.

47.     HUJ is the owner of all of the property rights of the estate of Albert Einstein, including Albert Einstein's post-mortem publicity rights.

48.     GMC's use of Albert Einstein's image and likeness through its GMC Brand "Terrain" advertisement, and the distribution of this advertisement throughout California and the rest of the United States, as alleged herein, constitutes an intentional and willful violation of HUJ's rights under California Civil Code Section 3344.1.

49.     GMC's advertisement used Albert Einstein's image and likeness for the purpose of advertising GMC and GMC's "Terrain" vehicle and obtaining a commercial advantage.  GMC's use of the image of and likeness of Albert Einstein was without HUJ's consent.

50.     As a direct and proximate result of GMC's misconduct, GMC has wrongfully profited and HUJ, as owner of the Einstein Rights, has suffered damages in an amount to be proven at trial.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 10 -

THE HEBREW UNIVERSITY OF JERUSALEM'S
COMPLAINT; DEMAND FOR JURY TRIAL

51. GMC did not engage in the misconduct alleged herein out of any sincere or proper motive, but did so knowingly and willfully, with the intention of appropriating for itself the valuable Einstein Rights held by HUJ without compensating HUJ for such use. GMC's misconduct was also fraudulent in that GMC deliberately engaged in a scheme and course of conduct to confuse the public as to Albert Einstein's and/or HUJ's approval, endorsement, or sponsorship of GMC. As a result, HUJ is entitled to recover exemplary and punitive damages.

52. HUJ has no adequate remedy at law to prevent GMC from continuing to wrongfully violate these rights. Unless an injunction is granted, GMC will continue to violate these rights thereby causing irreparable injury and damage to HUJ.

## FOURTH CAUSE OF ACTION

## VIOLATION OF COMMON LAW RIGHT OF PUBLICITY

53. HUJ repeats and realleges each and every allegation contained in paragraphs 1-29, 31-38, 40-45, and 47-52 as if fully set forth herein.

54. GMC's use of the image and likeness of Albert Einstein in the advertisement for GMC's "Terrain" vehicle constitutes an unauthorized use of the identity of Albert Einstein for the purposes of advertising or selling goods and/or services in violation of the common law right of publicity in California and in New Jersey.

55. As a direct and proximate result of GMC's actions, GMC has wrongfully profited and HUJ, as owner of the publicity rights of Albert Einstein, has suffered damages in an amount to be proven at trial.

56. HUJ has no adequate remedy at law to prevent GMC from continuing to wrongfully violate these rights. Unless an injunction is granted, GMC will continue to violate these rights thereby causing irreparable injury and damage to HUJ.

///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 11 -

THE HEBREW UNIVERSITY OF JERUSALEM'S
COMPLAINT; DEMAND FOR JURY TRIAL

## PRAYER FOR RELIEF

**WHEREFORE**, Hebrew University of Jerusalem requests:

1.     A preliminary and permanent injunction enjoining GMC and all persons acting in concert or participation with GMC, from:

      a.     committing any further acts of unfair competition;

      b.     using any image or likeness of Albert Einstein in a way or manner that creates confusion in the public's mind regarding Albert Einstein's and/or HUJ's sponsorship of GMC's products;

      c.     causing a likelihood of confusion, deception, or mistake as to the source or origin of GMC's goods, or as to any affiliation or connection between GMC and Albert Einstein and/or HUJ, or as to any sponsorship;

2.     A money judgment:

      a.     for the amount of HUJ's compensatory damages to include, without limitation, all gains, profits, benefits and advantages derived by GMC from their wrongful acts;

      b.     for the amount by which GMC has been unjustly enriched and to which HUJ is entitled to restitution;

      c.     for exemplary and punitive damages considering that GMC acted in intentional and willful disregard of HUJ's rights;

      d.     for treble damages against GMC pursuant to 15 U.S.C. § 1117;

      e.     for all costs and attorney's fees incurred in this action in accordance with Cal.Civ. Code § 3344.1 and 15 U.S.C. § 1117;

3.     An order that GMC be required to recall from any and all channels of trade or media any and all advertising or promotional materials or other infringing matter that references or includes the image or likeness of Albert Einstein, and to take affirmative steps to dispel any false suggestion of a connection to Albert Einstein and/or HUJ, including, but not limited to, all necessary and appropriate corrective advertising measures;

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 12 -

THE HEBREW UNIVERSITY OF JERUSALEM'S
COMPLAINT; DEMAND FOR JURY TRIAL

4.     An order that GMC be directed to file with this court, and to correspondingly serve on HUJ, a written report detailing GMC's compliance with the Court's orders within thirty days of service of the Court's order;

5.     The costs of suit; and

6.     Any other relief this Court deems just and proper.

Dated:  May 19, 2010                          Respectfully submitted,

                                              ARENT FOX LLP

                                              By:
                                                 Randall A. Brater
                                                 Antoinette Waller

                                              Attorney for Plaintiff
                                              THE HEBREW UNIVERSITY OF
                                              JERUSALEM

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

THE HEBREW UNIVERSITY OF JERUSALEM'S
COMPLAINT; DEMAND FOR JURY TRIAL

**DEMAND FOR JURY TRIAL**

Defendant The Hebrew University of Jerusalem hereby demands a trial by jury as provided by Rule 38(a) of the Federal Rules of Civil Procedure and by the Local Rules of this Court.

Dated:  May 19, 2010

Respectfully submitted,

ARENT FOX LLP

By: _____
Randall A. Brater
Antoinette Waller

Attorneys for Defendant THE HEBREW UNIVERSITY OF JERUSALEM

# EXHIBIT A



# IDEAS ARE SEXY TOO.



# THAT'S WHY WE GAVE IT
# MORE IDEAS PER SQUARE INCH.

If you're looking for sexy thinking, you'll find it in our newest, smallest SUV. It's packed with really big ideas, like a rear-vision camera, standard. A MultiFlex rear seat that slides nearly 8 inches to give you more cargo space or rear leg room. And a highly efficient engine, with a best-in-class 32 hwy mpg rating.* We gave it more ideas per square inch. Because more is what we do. INTRODUCING THE ALL-NEW TERRAIN. THE SMALLER SUV, FROM GMC. WE ARE PROFESSIONAL GRADE.

*Based on EPA estimates and 2009 GM Compact SUV-Crossover segment. Excludes other GM vehicles.    ©2009 General Motors. All rights reserved. GM® GMC® GMC logo® MultiFlex® Terrain™ WE ARE PROFESSIONAL GRADE®

17





SEATTLE WA 98119-2937
1809 5TH AVE W
P00029
#03363
0011
BRENDA HARWOOD
Get Latest News @ PEOPLE.COM
#2030 4275 670#PE    919WA12 A MARIO
#EXBDX6D ****************CAR-RT LOT**C-006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV10- 3790 AHM (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Antoinette Waller (SBN 152895)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400/Fax: 213.629.7401
Email: waller.antoinette@arentfox.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HEBREW UNIVERSITY OF JERUSALEM,<br><br>PLAINTIFF(S)<br>v.<br><br>GENERAL MOTORS COMPANY,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV10-3790** AHM (JCx)<br><br><br>SUMMONS |

TO:   DEFENDANT(S): __General Motors Company__

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, **Antoinette Waller** _____, whose address is **Arent Fox LLP, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013** _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___MAY 1 9 2010___

By: ___Natalie Gongora___
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| THE HEBREW UNIVERSITY OF JERUSALEM | GENERAL MOTORS COMPANY |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Antoinette Waller (SBN 152895)<br>ARENT FOX LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Tel: 213.629.7400; Fax: 213.629.7401 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §1125(a). Defendant has committed acts of unfair competition and false endorsement.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | | ☐ 371 Truth in Lending | | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R.& Truck | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV10-3790**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2

American LegalNet, Inc.<br>www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
   ☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Israel |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
   ☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Michigan |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date May 19, 2010
Antoinette Waller

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                    **CIVIL COVER SHEET**                    Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com