1  ROBERT C. O'BRIEN (SBN 154372)
2  ROY Z. SILVA (SBN 137483)
   DAVID G. BAYLES (SBN 208112)
3  **ARENT FOX LLP**
   555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
4  Telephone:  213.629.7400
   Facsimile:   213.629.7401
5  Email: silva.roy@arentfox.com
   Email: bayles.david@arentfox.com
6
   ANTHONY V. LUPO (SBN 436364)
7  **ARENT FOX LLP**
   1050 Connecticut Avenue, NW
8  Washington, D.C. 20036
   Telephone: 202.857.6000
9  Facsimile:  202.857.6395
   E-mail: lupo.anthony@arentfox.com
10
   Attorneys for Plaintiff
11 THE HEBREW UNIVERSITY OF
   JERUSALEM
12

13                      UNITED STATES DISTRICT COURT

14                     CENTRAL DISTRICT OF CALIFORNIA

15

| 16 | THE HEBREW UNIVERSITY OF JERUSALEM, | Case No.  CV10-3790-AHM (JCx) |
|----|---|---|
| 17 | | **THE HEBREW UNIVERSITY OF JERUSALEM'S TRIAL WITNESS LIST** |
| 18 | Plaintiff, | |
| 19 | v. | **LOCAL RULE 16-5** |
| 20 | GENERAL MOTORS COMPANY, | FPTC:           **August 29, 2011** |
| 21 | Defendant. | Time:           **11:00 a.m.** <br> Courtroom:   **14** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV10-3790-AHM (JCx)
TECH/1021059.1

HUJ TRIAL WITNESS LIST

1  HUJ identifies the following as its witnesses at trial:
2  Chaya Becker
3  Pepi Yakirevich
4  Lisa Soboslai
5  Kevin Connelly
6  Roger Richman, 7768 Torreyson Drive, Los Angeles, CA 90046; 323.850.
7  6565.
8  Peter Willner, National Executive Director, American Friends of the Hebrew
9  University, One Battery Park Plaza, 25th Floor, New York, NY 10004,
10 212.607.8555.
11 Josef Gras (German-English translation expert)
12 Fernando Torres (Damages expert)
13 Richard Lert (NJ Law expert)
14 Beth Doxtader-Dumas*, GM PMK
15 Mary Kubitskey*, GM PMK
16 Eric Rachlis*, Getty PMK
17 Laurie Ackerman*, Leo Burnett PMK

19 *HUJ will call the individuals designated with an "*" as witnesses at trial
20 and/or present their testimony by deposition transcript if the need arises.

22 Dated:  August 15, 2011                ARENT FOX LLP

24                                         By:  _____/s/ David G. Bayles_____
25                                              David G. Bayles
                                                Attorneys for Plaintiff
26                                              THE HEBREW UNIVERSITY OF
                                                JERUSALEM

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV10-3790-AHM (JCx)
TECH/1021059.1

- 1 -

HUJ TRIAL WITNESS LIST