O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-03790 AHM (JCx) | Date | March 16, 2012 |
|---|---|---|---|
| Title | THE HEBREW UNIVERSITY OF JERUSALEM v. GENERAL MOTORS LLC | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

     This case is before the Court on the motion for summary judgment filed by defendant General Motors LLC ("Defendant" or "GM").  In this order, the Court addresses the parties' evidentiary objections.

     The Court did not rely on the Declaration of Eric Rachlis or any of its exhibits, and overrules Plaintiff's objections to them as moot.  Similarly, the Court has not relied on Exhibits M, N, O, P, or Q to the Declaration of Ambika Doran, and overrules Plaintiff's objections to them as moot.

      The Court grants Defendant's request to strike the Declaration of Richard F. Lert, which amounts to a lawyer's legal analysis and resulting legal conclusions regarding the application of a legal doctrine.

     Finally, Defendant relies on the affidavits of Otto Nathan and David Levy in support of its SUF, while at the same time maintaining that the affidavits are inadmissible hearsay.  The affidavits meet the requirements of Federal Rule of Civil Procedure 56(c)(4), and the Court does not rely on any hearsay statements contained in the affidavits.

|  | : |
|---|---|
| Initials of Preparer | SMO |