| | |
|---|---|
| 1 | ARENT FOX LLP |
| | Roy Z. Silva (State Bar No. 137483) |
| 2 | David Bayles (State Bar No. 208112) |
| | 555 West Fifth Street, 48th Floor |
| 3 | Los Angeles, CA  90013-1065 |
| | Telephone:  213.629.7400 |
| 4 | Facsimile:   213.629.7401 |
| | Email:  silva.roy@arentfox.com |
| 5 | Email:  bayles.david@arentfox.com |
| 6 | Anthony V. Lupo (State Bar No. 436364) |
| | 1050 Connecticut Avenue, NW |
| 7 | Washington, DC  20036-5339 |
| | Telephone:  202.857.6000 |
| 8 | Facsimile:   202.857.6395 |
| | Email:  lupo.anthony@arentfox.com |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | THE HEBREW UNIVERSITY OF JERUSALEM |
| 11 | DAVIS WRIGHT TREMAINE LLP |
| | Kelli L. Sager (State Bar No. 120162) |
| 12 | Stephen M. Rummage (admitted *pro hac vice*) |
| | Ambika K. Doran (admitted *pro hac vice*) |
| 13 | 865 S. Figueroa Street, Suite 2400 |
| | Los Angeles, California  90017-2566 |
| 14 | Telephone:  213.633.6800 |
| | Facsimile:   213.633.6899 |
| 15 | Email:  kellisager@dwt.com |
| | Email:  steverummage@dwt.com |
| 16 | Email:  ambikadoran@dwt.com |
| 17 | Attorneys for Defendant |
| | GENERAL MOTORS LLC |
| 18 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THE HEBREW UNIVERSITY OF JERUSALEM, | ) | Case No.:  CV 10-3790 AHM (JCx) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND REQUEST TO CONTINUE DEADLINES FOR JURY INSTRUCTIONS, STATEMENT OF DISPUTED INSTRUCTIONS, AGREED STATEMENT OF THE CASE, AND PROPOSED *VOIR DIRE* QUESTIONS** |
| v. | ) | |
| GENERAL MOTORS LLC, | ) | |
| Defendant. | ) | |
| | ) | |

STIPULATION, REQUEST TO CONTINUE DEADLINES - 1
DWT 19898272v2 0053349-000079

1    The parties, by and through their counsel, stipulate and request that the Court set the deadlines for the parties to file Jury Instructions, a Statement of Disputed Instructions, Agreed Statement of the Case, and Proposed *Voir Dire* Questions on August 20, 2012.  In support of this request, the parties represent the following:

1. The initial Scheduling and Case Management Order [Dkt. 23] required that the parties file Jury Instructions, Statement of Disputed Instructions, Agreed Statement of the Case, and Proposed *Voir Dire* Questions two weeks before trial, and on the date of the Final Pretrial Conference, August 29, 2011.

2. By Minute Order [Dkt. 135] dated August 23, 2011, the Court vacated the Pretrial Conference, to be re-set after the Court's ruling on the then-pending Motion for Summary Judgment.

3. Following the Court's order of March 16, 2012 [Dkt. 137], which granted in part and denied in part defendant General Motors LLC's ("GM") Motion for Summary Judgment, the Court issued a Scheduling Notice setting the Final Pretrial Conference for July 2, 2012, at 11:00 a.m.

5. On June 12, 2012, upon the parties' request, due to the absence of GM's lead counsel, Stephen Rummage, for a pre-planned extended vacation during the month of July, the Court entered an Order resetting the Final Pretrial Conference for August 8, 2012 [Dkt. 142], and setting a trial date of September 4, 2012.

6. The Court's Scheduling Notice and subsequent Order did not include new deadlines for the filing of Jury Instructions, Statement of Disputed Instructions, Agreed Statement of the Case, and Proposed *Voir Dire* Questions.

7. In light of the fact that the Final Pretrial Conference is scheduled for almost a month before the scheduled trial date, the parties ask that the Court set a deadline of August 20, 2012, for the parties to submit Jury Instructions, Statement of Disputed Instructions, Agreed Statement of the Case, and Proposed *Voir Dire* Questions.  This date would be two weeks before trial, consistent with the schedule originally set by the Court.

1  8. Based on the foregoing Stipulation, the parties request that the Court
2  enter the proposed Order lodged with this Stipulation.

3  DATED: July 9, 2012                    ARENT FOX LLP

5                                          By: _____/s/ David G. Bayles_____
                                                    David G. Bayles

7  Attorneys for Plaintiff
   THE HEBREW UNIVERSITY OF
   JERUSALEM

9  DATED: July 9, 2012                    DAVIS WRIGHT TREMAINE LLP

11                                         By: _____/s/Ambika K. Doran_____
                                                    Ambika K. Doran

13  Attorneys for Defendant
    GENERAL MOTORS LLC