# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HEBREW UNIVERSITY OF JERUSALEM,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GENERAL MOTORS COMPANY,<br><br>　　　　　　Defendant. | Case No.:  CV 10-3790 AHM (JCx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINES FOR JURY INSTRUCTIONS, STATEMENT OF DISPUTED INSTRUCTIONS, AGREED STATEMENT OF THE CASE, AND PROPOSED *VOIR DIRE* QUESTIONS** |

　　Pursuant to the Stipulation of the parties, the Court orders as follows:

　　The deadline to file Jury Instructions, Statement of Disputed Instructions, Agreed Statement of the Case, and Proposed *Voir Dire* Questions is August 20, 2012.

　　**IT IS SO ORDERED.**

DATED: July 12, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Honorable A. Howard Matz
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1
DWT 19898274v1 0053349-000079