ROBERT C. O'BRIEN (SBN 154372)
DAVID G. BAYLES (SBN 208112)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
Email:  obrien.robert@arentfox.com
Email:  bayles.david@arentfox.com

ANTHONY V. LUPO (SBN 436364)
**ARENT FOX LLP**
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone:  202.857.6000
Facsimile:   202.857.6395
E-mail:  lupo.anthony@arentfox.com

Attorneys for Plaintiff
THE HEBREW UNIVERSITY OF JERUSALEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HEBREW UNIVERSITY OF JERUSALEM,<br><br>                    Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>                    Defendant. | Case No.  CV10-3790-AHM (JCx)<br><br>**THE HEBREW UNIVERSITY OF JERUSALEM'S <u>REVISED</u> TRIAL WITNESS LIST**<br><br>**LOCAL RULE 16-5**<br><br>**FPTC:         August 8, 2012**<br>**Time:          3:00 p.m.**<br>**Courtroom:  14** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV10-3790-AHM (JCx)
TECH/1166095.2

HUJ <u>REVISED</u> TRIAL WITNESS LIST

1    HUJ identifies the following as its witnesses at trial:

2    Chaya Becker

3    Pepi Yakirevich

4    Lisa Soboslai

5    Kevin Connelly

6    Josef Gras

7    Fernando Torres

8    Beth Doxtader-Dumas, GM PMK*

9    Mary Kubitskey, GM PMK*

10    Eric Rachlis, Getty PMK*

11    Laurie Ackerman, Leo Burnett PMK*

12    James Pampinella, GM Damages Expert*

13    *HUJ will call the individuals designated with an "*" as witnesses at trial

14 and/or present their testimony by deposition transcript if the need arises.

16    Dated: July 30, 2012        ARENT FOX LLP

18        By:    /s/ David G. Bayles
David G. Bayles
Attorneys for Plaintiff
THE HEBREW UNIVERSITY OF JERUSALEM

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV10-3790-AHM (JCx)
TECH/1166095.2

- 1 -

HUJ REVISED TRIAL WITNESS LIST