KELLI L. SAGER (SBN 120162)
 kellisager@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

STEPHEN M. RUMMAGE (admitted *pro hac vice*)
 steverummage@dwt.com
AMBIKA K. DORAN (admitted *pro hac vice*)
 ambikadoran@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 757-8136
Facsimile: (206) 757-7136

Attorneys for General Motors LLC

[CONT. ON FOLLOWING PAGE]

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HEBREW UNIVERSITY OF JE-RUSALEM,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Case No. CV10-3790-AHM (JCx)<br><br>**JOINT EXHIBIT LIST**<br><br>Hon. A. Howard Matz<br>Pretrial Conference Date: 8/8/2012<br>Trial Date: 9/4/2012<br>Time: 3:00 p.m.<br>Department: 14 |

JOINT EXHIBIT LIST

DWT 20044755v3 0053349-000079

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | |
|---|---|
| 1 | [CONT. FROM PREVIOUS PAGE] |
| 2 | Robert C. O'Brien (SBN 154372) |
| 3 | David G. Bayles (SBN 208112) |
| | **ARENT FOX LLP** |
| 4 | 555 West Fifth Street, 48th Floor |
| | Los Angeles, CA  90013-1065 |
| 5 | Telephone:  213.629.7400 |
| | Facsimile:   213.629.7401 |
| 6 | Email: obrien.robert@arentfox.com |
| 7 | Email: bayles.david@arentfox.com |
| 8 | Anthony V. Lupo (SBN 436364) |
| | **ARENT FOX LLP** |
| 9 | 1050 Connecticut Avenue, NW |
| | Washington, D.C. 20036 |
| 10 | Telephone:  202.857.6000 |
| 11 | Facsimile:   202.857.6395 |
| | E-mail:  lupo.anthony@arentfox.com |
| 12 | |
| 13 | Attorneys for Plaintiff |
| | THE HEBREW UNIVERSITY OF JERUSALEM |

    The parties, through counsel and pursuant to L.R. 16-6.1, submit the following Joint Exhibit List of the exhibits that the parties intend to introduce at trial (except solely for impeachment), noting that an asterisk [*] is placed next to the exhibits which a party may offer only if the need arises:

2
JOINT EXHIBIT LIST

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 20044755v3 0053349-000079

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Einstein Estate and Helen Dukas affidavits re federal estate tax matters (i.e., Levy affidavit, Nathan affidavit, trust termination agreement) | | |
| 2 | *Miami News* article entitled "Dead men tell no tales, Except on TV commercials"* | | |
| 3 | Email from Stanly W. Levy re opinion of Roger Richman* | | |
| 4 | Email from Alvin E. Toffel re Roger Richman Agency* | | |
| 8 | Declaration of Pepi Yakirevich in Support of HUJ Motion for Leave to File Motion for Reconsideration, Motion to Dismiss, and Motion to Quash, (Electronic Arts Inc. v. HUJ, No. C02 0033, N.D. Cal.) * | | |
| 9 | Declaration of Pepi Yakirevich in Support of HUJ Opposition to Plaintiff's Motion for Award of Attorney's Fees and Costs (Electronic Arts Inc. v. HUJ, No. C02 0033, N.D. Cal.) * | | |
| 10 | Letter from Roger Richman attaching California registration of rights | | |
| 11 | Letter from Roger Richman Agency attaching California registration of rights * | | |
| 13 | Letter from Wilentz Godman and Spitzer regarding Hebrew University of Jerusalem Will of Albert Einstein * | | |
| 16 | Amended Notice of Deposition to Plaintiff The Hebrew University of Jerusalem * | | |
| 17 | Amended Notice of Deposition to Corbis Corporation* | | |
| 18 | Merchandise License Agreement between GreenLight and Mike Hutchinson (Lakeshirts) | | |
| 19 | Client License Agreement between Greenlight and Dzhon Pty Ltd. | | |
| 20 | Rights Clearances License Agreement between GreenLight and BETC Euro RSCG | | |
| 21 | Def General Motors First Interrogatories to HUJ & responses (Excerpts) | | |

JOINT EXHIBIT LIST

1

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 20044755v3 0053349-000079

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 22 | Rights Clearances License Agreement between GreenLight and Dale Clark on behalf of the University of Toronto | | |
| 23 | Email between Morton and Ackerman regarding Einstein Image | | |
| 24 | Email between Morton and Ackerman regarding Greenlight | | |
| 26 | Email between Hurley and McCauley regarding GMC and CSC use of Einstein likeness* | | |
| 27 | Email between McCauley and Hurley regarding GMC and CSC use of Einstein likeness * | | |
| 28 | Advertisement [ORIGINAL MAGAZINE TO BE LODGED WITH COURT] | | |
| 30 | Letter re California Celebrity Rights Bill | | |
| 31 | Notes from Albert Einstein Archive | | |
| 32 | Letter from Elsa Einstein | | |
| 33 | Translation of letter to Fritz Haber | | |
| 34 | July 14, 1931 letter from Einstein to Frigidaire | | |
| 35 | Endorsement of Frigidaire by Albert Einstein | | |
| 36 | Corrected endorsement of Frigidaire by Albert Einstein | | |
| 37 | October 1958 Albert Einstein Estate Account and Settlement Agreement | | |
| 38 | Affidavit of Dr. Otto Nathan | | |
| 39 | New York Times Article, March 16, 1953, "Dr. Einstein Gives Name to a College" | | |
| 40 | New York Times Article, June 22, 1947, "Dr. Einstein Quits University Plan – Withdraws Support of Brandeis and Bars Use of His Name by Einstein Foundation" | | |
| 46 | June 29, 2009 letter regarding All Saints Episcopal Church license agreement* | | |
| 47 | Email string regarding Dodge Ram Deal Memo* | | |

JOINT EXHIBIT LIST

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 48 | Greenlight LLC Invoice to The Richards Group* | | |
| 49 | License Agreement between Corbis Corporation and Nestle Japan | | |
| 52 | Albert Einstein Agency Representation Agreement between HUJ and The Roger Richman Agency 1992 | | |
| 53 | Albert Einstein Agency Representation Agreement between HUJ and The Roger Richman Agency 1996 | | |
| 54 | Albert Einstein Agency Representation Agreement between HUJ and The Roger Richman Agency 2001 | | |
| 55 | Those portions of Expert Report of Fernando Torres not excluded by Court's order granting GM's Motion in Limine No. 6 | | |
| 56 | Supplemental Report of Fernando Torres dated July 13, 2012 | | |
| 57 | Mohan K. Menon, Louis E. Boone, and Hudson P. Rogers, "Celebrity Advertising: An Assessment of Its Relative Effectiveness," University of Central Arkansas, Society for Marketing Advances research paper No.4 2001* | | |
| 58 | 2010 rate card for People magazine * | | |
| 59 | Cost of *People* magazine space | | |
| 60 | Dodge Ram license agreement with the Richards Group | | |
| 62 | Last Will and Testament of Albert Einstein | | |
| 63 | May 16, 1955 letter from David Levy to HUJ | | |
| 64 | Letters testamentary | | |
| 65 | Letters testamentary | | |
| 66 | Instrument dated October 8, 1958 signed by Otto Nathan | | |
| 67 | November 11, 1970 letter opinion by David Levy | | |

JOINT EXHIBIT LIST

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 72 | NOT USED | | |
| 73 | Expert Report of James E. Pampinella | | |
| 74 | List of documents | | |
| 75 | Complaint | | |
| 76 | GM's Answer to Complaint, Appendix B, Torres Report | | |
| 77 | Document entitled Gross Revenue - Invoice Volume 2010 MY Terrain | | |
| 78 | Creative brief - GMC People Sexiest Man Alive – Terrain | | |
| 79 | October 1, 2009 e-mail chain among Maryrose Mondiello, Celeste Martin and Eric Rachlis | | |
| 80 | 10/1/2009 e-mail with ad layout attached | | |
| 81 | Ad ideas for People Magazine | | |
| 82 | Ackerman 10/1/09 e-mail with Einstein image attachment | | |
| 83 | Morton 10/1/2009 e-mail with Einstein image attached | | |
| 84 | 10/22/2009 e-mail chain re "Leo Burnett Buick Einstein." | | |
| 85 | 10/29-30 and 11/03/2009 e-mail chain re GMC Einstein ad | | |
| 86 | 11/03/2009 e-mail chain with attachment re "Sexiest Man Alive - for GML" | | |
| 87 | 11/04/2009 e-mail chain with Einstein ad attached | | |
| 88 | 11/6/2009 e-mail with Image Guarantee Amendment and Einstein ad attached | | |
| 89 | 10/15/2009 e-mail chain re "Art costs for People SMA ad" | | |
| 90 | October 1, 2009 e-mail chain between Laurie Ackerman and Bryan Morton | | |
| 91 | 10/1/09 e-mail chain between Laurie Ackerman and Bryan Morton | | |
| 92 | 10/1/2009 e-mail from Bryan Morton to Laurie Ackerman with Einstein image attached | | |

JOINT EXHIBIT LIST

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 20044755v3 0053349-000079

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 93 | October 1, 2009 e-mail chain | | |
| 94 | Corbis lightbox for torso with handwritten Notes | | |
| 95 | 10/13/2009 e-mail chain among Jacqueline Redmond, Laurie Ackerman and Bryan Morton | | |
| 96 | October 13, 2009 e-mail with images attached | | |
| 97 | 10/15/2009 e-mail chain among Jacqueline Redmond, John Casmon and Matthew Buese | | |
| 98 | 10/15/2009 e-mail chain among Laurie Ackerman, Matthew Buese and Jacqueline Redmond | | |
| 99 | Quote on sales order number 9169515 | | |
| 100 | 11/9/2009 e-mail chain with Image Guarantee Amendment and Einstein images attached | | |
| 101 | 12/1/2009 e-mail chain with Estimate attached | | |
| 102 | Actual layout of the Einstein ad | | |
| 103 | E-mail string, top one to Ms. and Ms. Martin from Mr. Rachlis, 10-1-09 | | |
| 104 | E-mail string, top one to Mr. from Ms. Mondiello, 11-3-09 | | |
| 105 | E-mail string, top one to Mr. from Ms. Mondiello, 11-3-09 | | |
| 106 | E-mail string, top one to Ms. from Mr. Morton, 11-4-09 | | |
| 107 | E-mail to Ms. Mondiello and Mr. from Ms. Martin, 11-5-09 | | |
| 108 | E-mail string, top one to Ms. from Mr. Morton, 11-6-09 | | |
| 109 | E-mail to Ms. Hurley from Ms. McCauley 1-4-10 | | |
| 110 | Letter to Ms. Keeley from Ms. Vaughan 12-13-10 | | |
| 111 | E-mail string, top one to Ms. McCauley from Mr. Morton, 6-2-10 | | |

5

JOINT EXHIBIT LIST

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 20044755v3 0053349-000079

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 112 | E-mail to Ms. Keeley from Ms. Cameron 11-29-10 | | |
| 113 | Letter to Ms. Keeley from Ms. Vaughan 3-16-11 | | |
| 114 | Notice of Deposition of Getty (US), Inc. | | |
| 117 | Copy of the Struck drawing of Albert Einstein referenced in the 1920 letter from Elsa Einstein to Albert Einstein, Archive Number 69-792 | | |
| 118 | Letter from Albert Einstein to Fritz Haber in 1921, in German, in Albert Einstein's handwriting, Archive Number 12 332-1 to 12 332-4 | | |
| 119 | Copy of Josef Gras translation of 1920 German language letter from Elsa Einstein to Albert Einstein | | |
| 120 | Copy of Josef Gras translation of the German language letter from Dr. Einstein to Frigidaire dated July 4, 1931 | | |
| 121 | Copy of Josef Gras translation of the German language endorsement to Frigidaire with the text corrected to reflect Albert Einstein's handwritten modifications | | |
| 125 | Certified copy of Affidavit of Subscribing Witness to Will with A. Einstein will attached * | | |
| 126 | Certified Copy of Docket for Complaint (In the Matter of the Estate of Albert Einstein, Deceased) * | | |
| 127 | Certified copy Complaint (In the Matter of the Estate of Albert Einstein, Deceased) * | | |
| 128 | Certified Copy of Certificate by William J. Connor regarding no caveat of record against the [Albert Einstein] probate * | | |
| 129 | Certified Copy of Acceptance of Trusteeship * | | |
| 130 | Certified Copy of Judgment Admitting Will to Probate * | | |
| 131 | Certified Copy of Power of Attorney dated 5/4/55 (Otto Nathan) * | | |

JOINT EXHIBIT LIST

6

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 20044755v3 0053349-000079

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 132 | Certified Copy of Power of Attorney dated 5/4/55 (Otto Nathan and Helen Dukas) * | | |
| 133 | Certified Copy of Motion for Order to Limit Creditors, dated 5/4/55 * | | |
| 134 | Certified Copy of Order to Limit Creditors, dated 5/4/55 * | | |
| 135 | Certified Copy of Letters of Trusteeship, dated 5/5/55 * | | |
| 136 | Certified Copy of Order to Amend Letters of Trusteeship, dated 5/17/55 * | | |
| 137 | Certified Copy of Amended Letters of Trusteeship, dated 5/19/55 * | | |
| 138 | Certified Copy of Affidavit of Publication of Notice to Creditors, dated 5/31/55 * | | |
| 139 | Certified Copy of Judgment Barring Creditors dated 11/18/55 * | | |
| 140 | Signatures of witnesses to Helen Dukas Will * | | |
| 141 | Certified Copy of Helen Dukas Will and Probate documents * | | |
| 144 | Certified Copy of Probate Proceedings for the estate of Helen Dukas * | | |
| 145 | Video of Albert Einstein | | |
| 146 | Video of RAM Trucks ad | | |
| 147 | HUJ Licensing Agreement with All Saints Episcopal Church | | |
| 148 | HUJ Licensing Agreement with Arnaud Dreyfuss | | |
| 149 | HUJ Licensing Agreement with Einstein's Plumbing and Heating | | |
| 150 | HUJ Licensing Agreement with L&F Enterprises | | |
| 151 | HUJ Licensing Agreement with Toy Presidents, Inc. | | |

JOINT EXHIBIT LIST

7

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 153 | HUJ Licensing Agreement with Hydro-Tech CmbH, Beton-und Bausanierung | | |
| 157 | HUJ Licensing Agreement with Agence Republic | | |
| 163 | HUJ Licensing Agreement with Dentsu Inc. | | |
| 169 | HUJ Licensing Agreement with Mainichi Communications, Inc. | | |
| 175 | HUJ Licensing Agreement with Matterhorn Travel | | |
| 181 | HUJ Licensing Agreement with Einsteinstrasse 130, Munchen GbR | | |
| 186 | HUJ Licensing Agreement with De La Rue House, Jays Close | | |
| 199 | HUJ Licensing Agreement with Library of Living Philosophers, Inc. | | |
| 200 | HUJ Licensing Agreement with Roark Ventures, Inc. | | |
| 201 | HUJ Licensing Agreement with Buckman Laboratories International, Inc. | | |
| 202 | HUJ Licensing Agreement with Punch International, Inc. | | |
| 203 | HUJ Licensing Agreement with Einsteinet AG | | |
| 204 | HUJ Licensing Agreement with Unemployed Philosopher's Inc. | | |
| 205 | GM's Responses to Request for Admissions | | |
| 206 | GM's Responses to Interrogatories, Set One | | |
| 207 | GM's Response to Request for Production, Set One | | |
| 208 | GM's Responses to Interrogatories, Set Two | | |
| 209 | GM's Response to Request for Production, Set Two | | |

JOINT EXHIBIT LIST

8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 20044755v3 0053349-000079

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 210 | GM's Objections and Responses to Third Set of Interrogatories by HUJ | | |
| 211 | GM's Responses and Objections to Second Set of Requests for Admissions by HUJ | | |
| 212 | HUJ's Request for Admissions, Set Two, to GM | | |
| 213 | HUJ's Interrogatories, Set Three to GM | | |
| 214 | HUJ's Request for Production of Documents, Set Three to GM | | |
| 220 | LB000001-40; 42; 44-78* | | |
| 221 | GM00001-108 * | | |
| 222 | Supp. Disclosure (MISC 0001-46) * | | |
| 223 | GETTY00001-940 * | | |
| 224 | HUJ00025417 | | |
| 225 | HUJ00026023-26035 | | |
| 226 | HUJ00026248-26259 | | |
| 228 | People Magazine Media Kit (online): www.people.com/people/static/mediakit/pdfs | | |
| 229 | G.V. Smith and R.L. Parr, Intellectual Property: Valuation, Exploitation, and Infringement Damages, 2005, John Wiley and Sons, Inc. New York* | | |
| 230 | Letter dated 5/16/55 from David J. Levy, Esq. to HUJ | | |
| 231 | Certified Copies of Successor-in-interest Documents filed with the CA Secretary of State for celebrity name Albert Einstein for claimant Hebrew University of Jerusalem | | |
| 232 | GreenLight Rights Clearances License Agreement with Richards Group, dated 11/4/09 | | |
| 233 | Letter invoice dated 4/21/97 to GMC Trucks from the Roger Richman Agency | | |

JOINT EXHIBIT LIST 9

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 20044755v3 0053349-000079

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 234 | License Agreement dated 3/25/97 between HUJ and The Roger Richman Agency | | |
| 235 | Facsimile dated 3/17/97, to Ze'ev Rosenkranz from Niki Baird | | |
| 236 | 11/2/09 email chain (Owen Massey) regarding Albert Einstein image for Dodge Ram* | | |
| 237 | 11/2/09 email chain (Leigh Strange) regarding Dodge commercial* | | |
| 238 | 11/4/09 email chain regarding Dodge Ram Deal Memo* | | |
| 239 | 11/5/09 email chain (Gary Shenk) regarding Dodge Ram TVC* | | |
| 240 | 1/8/10 email chain regarding payment for the Dodge Ram commercial with checks attached* | | |
| 241 | Milton Handler letter to Roger Richman, August 18, 1989 | | |
| 242 | Ze'ev Rosenkranz letter To Whom It May Concern, February 1, 1993 | | |
| 244 | TIAA Cref advertisement with Einstein image | | |
| 245 | Picture of t-shirt with Einstein image | | |
| 246 | RRA Website pages regarding Einstein | | |
| 247 | New York Mercantile Exchange advertisement with Einstein image | | |
| 248 | RUAN Transportation advertisement with Einstein image | | |
| 249 | SLANT/FIN advertisement with Einstein image | | |
| 250 | Excelis advertisement with Einstein image | | |
| 251 | RRA advertising inquiry application | | |
| 252 | Selected images of Dr. Einstein | | |
| 253 | Various cease and desist letters to infringers of Einstein's rights of publicity | | |
| 255 | Picture of Einstein coffee mug | | |

JOINT EXHIBIT LIST

10

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 20044755v3 0053349-000079

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 256 | Bureau of Public Debt Description of Einstein I Bond | | |
| 257 | Pomegranate publications of Einstein calendars, posters and postcards | | |
| 259 | "Royalty Profile for Celebrity-Based Licensed Merchandise," The Licensing Letter Royalty Trends Report | | |
| 260 | "Comparison of hypothetical and actual negotiations," §5:9, Calculating Intellectual Propert Damages * | | |
| 261 | People Magazine one-sheet to advertisers for "Sexiest Man Alive" issue * | | |
| 262 | People Magazine "Audience Profile: Adults," MRI Fall 2010 * | | |
| 263 | HUJ 00027053 – NASA Beyond Einstein Part I and HUJ 00027054 – NASA Beyond Einstein Part II Video | | |
| 264 | HUJ 00027055 – Hebrew University Jerusalem Video | | |
| 265 | HUJ 00027056 – Albert Einstein and The Hebrew University Video | | |
| 266 | Documents showing Dr. Einstein's fundraising efforts for HUJ | | |
| 281 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 282 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 283 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 284 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 285 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 286 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 287 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 288 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 289 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 290 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 291 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 292 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 293 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 294 | Plaintiff's Graphic/Illustrative Exhibit | | |
| 295 | Plaintiff's Graphic/Illustrative Exhibit | | |

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 20044755v3 0053349-000079

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 296 | Costs of Terrain advertising | | |
| 297 | Types of and costs of space for other Terrain advertisements | | |
| 298 | Leo Burnett writer notes on creation of ad | | |
| 299 | Internal Leo Burnett emails about costs of ad, primarily torso shoot | | |
| 300 | Email string re Dodge Ram pricing* | | |
| 301 | Emails between Morton and Ackerman regarding image guarantee | | |
| 302 | Emails between Morton and Ackerman regarding image guarantee | | |
| 303 | Email from Ackerman to Morton enclosing layout | | |
| 304 | Letter dated 2/28/2002, Ramchandani to Wright | | |
| 305 | Email from Morton to Ackerman enclosing signed image guarantee amendment | | |
| 306 | Emails between McCauley and Hurley | | |
| 307 | Email correspondence between Vaughan and Militello regarding Active International* | | |
| 308 | Email from Morton to Leo Burnett enclosing purchase order | | |
| 309 | Email attaching letter from Vaughan to Keeley regarding Milliken* | | |
| 310 | Letter from Keeley to Vaughan regarding SAGA* | | |
| 311 | Letter from Keeley to Vaughan regarding Milliken* | | |
| 312 | Excerpts from Def General Motors First Set of RFP to Pls HUJ and responses * | | |
| 313 | Excerpts from Pl. HUJ Responses to Def General Motors First Interrogatories * | | |
| 314 | Excerpt from Pls HUJ Responses to Def General Motors First Set of RFA and responses * | | |

JOINT EXHIBIT LIST

12

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 20044755v3 0053349-000079

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 315 | Letter from Hurley to Vaughan regarding Oneida Air Systems* | | |
| 316 | Einstein image as it appears on Getty Images website | | |
| 320 | Demonstrative Exhibit: Table 2 from Pampinella Report: "Recalculation of Mr. Torres' 'Economic Benefit from the Use at Issue'" | | |
| 321 | Demonstrative Exhibit: Table 3 from Pampinella Report: "Selected HUJ Agreements" | | |
| 322 | Demonstrative Exhibit: Timeline for HUJ's Claim to Dr. Einstein's Rights | | |
| 323 | Einsteinian Gluon Sticky Notes with no HUJ credit (Unemployed Philosophers Guild)* | | |
| 324 | Little Giants Albert Einstein figurine with no HUJ credit (Jailbreak Collective) * | | |
| 325 | Viva la Relativity Einstein T-Shirt with no HUJ credit (Think Geek) * | | |
| 326 | Dr. Albert Einstein Puppet with no HUJ credit (Sunny & Co. Toys, Inc.) * | | |
| 327 | Mighty Beanz Einstein Bean with no HUJ credit (Moose Enterprise Pty Ltd.) * | | |
| 328 | Mirrokal Brain Teaser - You and Einstein with no HUJ credit (Recent Toys International) * | | |
| 329 | Albert Einstein Tie with no HUJ credit (The American Necktie Co. )* | | |
| 330 | iPhone 4 Fabric Wrapped SnapOn Case with no HUJ credit (Garibaldi)* | | |
| 331 | Colossal Character Albert Einstein poster with no HUJ credit (McDonald Publishing Co.)* | | |
| 332 | Great Minds Drink Alike Bar Sign with no HUJ credit (personalizedsignshop.com)* | | |
| 333 | Albert Einstein with Starry Nights Poster with no HUJ credit (Allposters.com)* | | |
| 334 | Set of 4 Einstein Magnets with no HUJ credit (available for purchase at http://www.amazon.com/Albert-Einstein-MAGNETS-theoretical-physicist/dp/B003W25YWM)* | | |
| 335 | Einstein Mug with no HUJ credit (Santanoni Glass and Ceramics Inc.)* | | |

JOINT EXHIBIT LIST

13

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 20044755v3 0053349-000079

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 336 | Einstein in Paris jigsaw puzzle with no HUJ credit (Media Storehouse)* | | |
| 337 | Einstein Mensa Bar & Grill Mouse Pad with no HUJ credit (available for purchase at http://www.amazon.com/Londons-Famous-People-Places-Cartoons/dp/B001LDDQGK)* | | |
| 338 | An original Time Magazine Person of the Century Issue published December 31, 1999 (see HUJ 0002117 and Complaint ¶ 9/Answer ¶ 9) | | |
| 339-350 | GM's Graphic/Illustrative Exhibits | | |

DATED: July 30, 2012         DAVIS WRIGHT TREMAINE LLP
                             KELLI L. SAGER
                             STEPHEN M. RUMMAGE
                             AMBIKA K. DORAN
                             LISA KOHN

                             By:    /s/ Ambika K. Doran
                                      Ambika K. Doran
                             Attorneys for General Motors LLC


DATED: July 30, 2012         ARENT FOX LLP
                             ROBERT C. O'BRIEN
                             DAVID G. BAYLES

                             By:    /s/ David G. Bayles
                                      David G. Bayles
                             Attorneys for The Hebrew University of Jerusalem

JOINT EXHIBIT LIST

14

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 20044755v3 0053349-000079