| | |
|---|---|
| 1 | ROBERT C. O'BRIEN (SBN 154372) |
| | DAVID G. BAYLES (SBN 208112) |
| 2 | **ARENT FOX LLP** |
| | 555 West Fifth Street, 48th Floor |
| 3 | Los Angeles, CA  90013-1065 |
| | Telephone:  213.629.7400 |
| 4 | Facsimile:   213.629.7401 |
| | Email:  obrien.robert@arentfox.com |
| 5 | Email:  bayles.david@arentfox.com |
| 6 | ANTHONY V. LUPO (SBN 436364) |
| | **ARENT FOX LLP** |
| 7 | 1050 Connecticut Avenue, NW |
| | Washington, D.C. 20036 |
| 8 | Telephone:  202.857.6000 |
| | Facsimile:   202.857.6395 |
| 9 | E-mail:  lupo.anthony@arentfox.com |
| 10 | Attorneys for Plaintiff |
| | THE HEBREW UNIVERSITY OF |
| 11 | JERUSALEM |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE HEBREW UNIVERSITY OF JERUSALEM, | | Case No.  CV10-3790-AHM (JCx) |
| | Plaintiff, | **DECLARATION OF DAVID G. BAYLES IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW RE: GM'S FIRST AMENDMENT DEFENSE** |
| v. | | |
| GENERAL MOTORS LLC, | | |
| | Defendant. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV10-3790-AHM (JCx)
TECH/1170432.1

DECLARATION OF DAVID G. BAYLES

## DECLARATION OF DAVID G. BAYLES

I, David G. Bayles, declare:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am an associate with Arent Fox LLP, counsel of record for The Hebrew University of Jerusalem ("HUJ") in the above-referenced action. I have personal knowledge of the facts set forth herein and if called to testify, could and would do so truthfully.

2. The availability of the grounds for this motion were not apparent to HUJ until after the last day for hearing motions in this case passed on July 5, 2011, and the last day for hand-serving and filing motions in limine on August 1, 2011. GM filed Memorandum of Contentions of Fact and Law on August 16, 2011, and discussed its First Amendment defense. However, on August 23, 2011, the Court vacated the previously set Pretrial Conference, to be re-set after the Court's ruling on the then-pending Motion for Summary Judgment. The parties effectively treated the action as stayed because there were no pending deadlines while the Court considered the motion for summary judgment. Accordingly, HUJ did not evaluate the merit of GM's Memorandum of Contentions of Fact and Law when they were filed in August 2011.

3. The Court entered its order on Summary Judgment on March 16, 2012, and on June 12, 2012, reset the Final Pretrial Conference for August 8, 2012, and ordered the parties to file pretrial documents, including Memorandum of Contentions of Fact and Law, revised in light of the Court's order on summary judgment. The parties exchanged drafts and met and conferred regarding the Proposed Pretrial Conference Order, wherein GM referenced its First Amendment defense, and GM served its next Memorandum of Contentions of Fact and Law on July 30, 2012, also identifying that its First Amendment defense was limited to the standards identified in *Comedy III Prods., Inc. v. Gary Saderup, Inc.*, 25 Cal. 4th 387 (2001). This last week was the first opportunity that HUJ had to prepare a fully

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV10-3790-AHM (JCx)
TECH/1170432.1

- 1 -

DECLARATION OF DAVID G. BAYLES

1 | developed written motion setting forth its position for dismissal of GM's First
2 | Amendment defense.
3 |     4.    Attached hereto as Exhibit 1 is a true and correct copy of Trial Exhibit
4 | 28, including the cover of the magazine and the four page advertisement that is the
5 | subject of the action and the accompanying motion (the "Advertisement"). Neither
6 | party objected to admission of Trial Exhibit 28 in the Pretrial Exhibit Stipulation
7 | filed on July 30, 2012.
8 |     5.    Attached hereto as Exhibit 2 is a true and correct color copy of the
9 | photograph of Dr. Einstein's face that GM used in the Advertisement and which
10 | also appears in Trial Exhibit 316. Neither party objected to admission of Trial
11 | Exhibit 316 in the Pretrial Exhibit Stipulation filed on July 30, 2012.
12 |     Executed this 7th day of August 2012, at Los Angeles, California.
13 |     I declare under penalty of perjury of the laws of the United States of America
14 | that the foregoing is true and correct.

*[signature]*

David G. Bayles

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV10-3790-AHM (JCx)
TECH/1170432.1

- 2 -

DECLARATION OF DAVID G. BAYLES