**EXHIBIT 1**



MISC000003



MISC000004

# THAT'S WHY WE GAVE IT MORE IDEAS PER SQUARE INCH.



If you're looking for sexy thinking, you'll find it in our newest, smallest SUV. It's packed with really big ideas, like a rear-vision camera, standard. A MultiFlex rear seat that slides nearly 8 inches to give you more cargo space or rear leg room. And a highly efficient engine, with a best-in-class 32 hwy mpg rating*. We gave it more ideas per square inch. Because more is what we do. INTRODUCING THE ALL-NEW TERRAIN. THE SMALLER SUV, FROM GMC. **WE ARE PROFESSIONAL GRADE.**

*Based on EPA estimates and 2009 GM Compact S/V-Crossover segment. Excludes other GM vehicle.   ©2009 General Motors. All rights reserved. GM® GMC® GMC logo® MultiFlex™ Terrain™ "WE ARE PROFESSIONAL GRADE."


GMC TERRAIN

MISC000005



GMC TERRAIN

IDEAS ARE SEXY TOO.

MISC000006

**EXHIBIT 2**

# gettyimages

Sign in   Register                    Contact us          International



Title: Personalities, Science, pic: February 1944. A portrait of Professor Albert Einstein (1879-1955), German born US. physicist who formulated theories of relativity, and worked on radiation physics and thermodynamics.

Caption: Personalities, Science, pic: February 1944. A portrait of Professor Albert Einstein (1879-1955), German born US. physicist who formulated theories of relativity, and worked on radiation physics and thermodynamics (Photo by Popperfoto/Getty Images)

Date created: 31 Dec 1943

Editorial image #: 78963478

Restrictions: Contact your local office for all commercial or promotional uses.

License type: Rights-managed

Photographer: Popperfoto/Contributor

Collection: Popperfoto

Credit: Popperfoto/Getty Images

Max file size/dimensions/dpi: 33.9 MB - 2831 x 4188 px (9.44 x 13.96 in.) - 300 dpi
Download file size may vary.

Source: Popperfoto

Release information: Not released. More information

Keywords: Character, People, Science, Vertical, Germany, USA, German Culture, Atom, One Person, Intelligence, Adult, Albert Einstein, Bomb, E=mc2, Mathematics, Nuclear Weapon, Radiation, One Man Only, Portrait, Physicist, Physics, Adults Only, Arts Culture and Entertainment, Human