O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-03790-AHM (JCx) | Date | August 29, 2012 |
|---|---|---|---|
| Title | THE HEBREW UNIVERSITY OF JERUSALEM v. GENERAL MOTORS COMPANY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Victoria Valine | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Anthony V. Lupo | Stephen M. Rummage |
| David G. Bayles | Ambika Kumar Doran |

**Proceedings:** (1) FURTHER FINAL PRETRIAL CONFERENCE; and
(2) MOTION for Judgment as a Matter of Law on the basis of: Regarding Def. General Motors' New Jersey Common Law Right of Publicity "Duration" Position filed by Plaintiff The Hebrew University of Jerusalem [154] (non-evidentiary)

Court circulates its "Questions for Counsel" and hears oral argument. For reasons stated on the record, the Court takes the motion for judgment as a matter of law [154] under submission. Order to issue.

Final pretrial conference held. The Court continues the jury trial from September 4, 2012 to September 11, 2012 at 9:00 a.m. The Court also vacates the September 10, 2012 hearing on the MOTION for Judgment as a Matter of Law on the basis of: Regarding Defendant General Motors' First Amendment Defense filed by Plaintiff The Hebrew University of Jerusalem [152]. The Court will rule on the motion during the trial.

The Court orders the parties to split the cost of an expedited transcript of this hearing.

| | 1 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | SMO | |