KELLI L. SAGER (SBN 120162)
  kellisager@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Facsimile:  (213) 633-6899

JS-6

STEPHEN M. RUMMAGE (admitted *pro hac vice*)
  steverummage@dwt.com
AMBIKA K. DORAN (admitted *pro hac vice*)
  ambikadoran@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101
Telephone:  (206) 757-8136
Facsimile:  (206) 757-7136

Attorneys for General Motors LLC

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HEBREW UNIVERSITY OF JERUSALEM,<br><br>            Plaintiff,<br><br>       v.<br><br>GENERAL MOTORS LLC,<br><br>            Defendant. | Case No. CV10-3790-AHM (JCx)<br><br>**JUDGMENT** |

---

JUDGMENT (Case No. CV10-3790-AHM (JCx))
DWT 20537132v1 0053349-000079

On October 15, 2012, the Court entered an order [Dkt. 187] holding that, among other things, "2005 was the last year during which HUJ could sue to enforce any right of publicity that it might have inherited from Albert Einstein.  Because this case was not filed until 2010, HUJ is not entitled to pursue it further."

For the reasons set forth in that order, IT IS HEREBY ADJUDGED that:

1. This action, including all claims asserted by plaintiff The Hebrew University of Jerusalem, is dismissed with prejudice;

2. Defendant General Motors LLC is awarded costs in an amount to be determined upon submission of a Bill of Costs to be filed within 15 days after entry of judgment, in accordance with Local Rule 54-3; and

3. Defendant General Motors LLC shall file any motion for attorneys' fees under Cal. Civ. Code § 3344.1 and 15 U.S.C. § 1117 within 14 days after entry of this Judgment, in accordance with Fed. R. Civ. P. 54(d)(2)(B).

DATED:  October 31, 2012

_____
A. Howard Matz
U.S. District Court Judge

**JS-6**

JUDGMENT (Case No. CV10-3790-AHM (JCx))
DWT 20537132v1 0053349-000079